Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
_Western District of New York_ ▾

_____ Division

Case No.  25 CV 6742

*(to be filled in by the Clerk's Office)*

Paul. H. Flis .Jr.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

Erie County Correctional facility (STAFF
Sandra Amora
John Garcia

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

*[FILED stamp: UNITED STATES DISTRICT COURT, FILED DEC 8 2025, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Paul H. Flis Jr.    ICN: 27324 |
| Street Address | 11581 Walden AVE |
| City and County | Alden    ERIE |
| State and Zip Code | NEW YORK    14004 |
| Telephone Number | 716- 937-5585 |
| E-mail Address | UNKNOWN AT THIS TIME |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                               Erie County Correctional facility (STAFF).

    Job or Title *(if known)*       Jail management

    Street Address              11581 Walden AVE

    City and County          Alden                    ERIE

    State and Zip Code       NEW YORK            14004

    Telephone Number      716-937-5585

    E-mail Address *(if known)*   UNKOWN AT THIS TIME

Defendant No. 2

    Name                               Sandra-Amoia

    Job or Title *(if known)*       Head of Jail management

    Street Address              10 Delaware AVE

    City and County          Buffalo                 ERIE

    State and Zip Code       NEW YORK            14202

    Telephone Number      716- unknown

    E-mail Address *(if known)*   UNKNOWN AT THIS TIME

Defendant No. 3

    Name                               John Garcia

    Job or Title *(if known)*       Erie County Sheriff

    Street Address              10 Delaware AVE

    City and County          Buffalo                 ERIE

    State and Zip Code       NEW YORK            14202

    Telephone Number      716- unknown

    E-mail Address *(if known)*   UNKNOWN AT THIS TIME

Defendant No. 4

    Name                               N/A

    Job or Title *(if known)*       N/A

    Street Address              N/A

    City and County          N/A                    ERIE

    State and Zip Code       NEW YORK

    Telephone Number      716-

    E-mail Address *(if known)*   UNKOWN

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The following Amendments, federal statutes, provisions and federal treaties have been deprived and violated upon me. 1st, 6th, 8th, 13th, 14th, 24th violated. United Nations and United States Treaties on human Rights, Treatment of prisoners World Wide, Federal laws of human rights, Statutes of fair treatment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* N/A                                        , is a citizen of the

State of *(name)* N/A                                        .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A                                        , is incorporated

under the laws of the State of *(name)* N/A                                        ,

and has its principal place of business in the State of *(name)*

N/A                                        .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* N/A                                        , is a citizen of

the State of *(name)* N/A                                   . Or is a citizen of

*(foreign nation)* N/A

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* N/A _____, is incorporated under

the laws of the State of *(name)* N/A _____, and has its

principal place of business in the State of *(name)* N/A _____.

Or is incorporated under the laws of *(foreign nation)* N/A _____,

and has its principal place of business in *(name)* N/A _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
The amount for relief and that is at stake for violations and depiving me of my rights, causing damages is _____20_____ ,Million Dollars.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

#1.) Erie County Correctional facility (staff), Has done the following.

force me to live in a dorm with Convicted murders and rapest. causing fear of what could happen, Inforced to use a shower with no doors or walls with people being → : PLEASE SEE ADDITIONAL PAGE MARKED #1.FOR MORE INFO:

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The amount I am seeking for Relief from damages is, 20 Million Dollars,and what ever futher relief the court deems fair and just within its wisdon,FOR THE FOLLOWING,

Emotional stress, Emotional injuries, P.T.S.O. Physical stress, Physical injuries loss of Job, loss of money, loss of family, loss of good health, loss of home loss of Domestic Tranquillity, physical pain, mental pain. loss of freedom. loss of everything that was my life. In fear mental stress.

Page 4 of 5

# ERIE COUNTY CORRECTIONAL FACILITY

## 11581 Walden Avenue   Alden, NY 14004

Statement of claim Page #1.   Paul.H.Flis.Jr. 27324 able to see my nakedness both male and female guards looking. Im forced to use unclean bathrooms with no doors or walls with other people. I am forced to Drink water that is unclean, from unclean sinks, I am forced to live with mental ill people who should somewhere other than a Jail, I forced to eat substandard food on unclean trays. If I do not want to eat that food I can buy food that is marked up almost 60% of cost. I am forced to live with Black mold on the walls. I forced to live where bugs and vermin Run in and out. I forced to sleep on unsafe illegal bunk beds. I am forced live in an unsafe place with broken walls and floors. I am forced to be made naked in a place where people can see and them I am stripped Searched and Dogs sniff my privet parts I am forced to given meds infront of other people who now know my medical records. I am forced into a box If I don't do as they tell me with no outside light Fresh air or movement. And much more, I phones go down for weeks and not given any other way to talk to my family. All of this and more has caused much pain.

#2. Sonda Amoia The person who runs the Jail who could do something to fix the issues but does not even when she knows its all going on even telling the workers to do these acts and more for people who have not been convicted.

#3. John Garcia The head sheriff in charge of everything having to do with the sheriff's Covid fix everything but does not even after people have died within the Jail.

To: The clerk of the court:

Can you please Send me what ever other paperwork I may need to keep my case going thank you.

: PLEASE SEE ADDITIONAL PAGE MARKED #1 FOR MORE INFO:

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11-31-2025

Signature of Plaintiff    *Paul H. Flis Jr*

Printed Name of Plaintiff    Paul H. Flis Jr.         ICN: 27324

### B.    For Attorneys

Date of signing:    N/A

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address | N/A |

Paul H. Flis Jr   ICN# 27324
Erie County Correctional Facility
11581 Walden Ave – Alden, New York 14004

BUFFALO NY 140

5 DEC 2025 AM 5 L

US POSTAGE (M) PITNEY BOWES

ZIP 14202
02 7H
0006243218    DEC 04 2025

$ 000.78

ATTN: Clerk of the court
U.S. Court house
2 Niagara Square
Buffalo New York 14202.

USDC - WDNY
DEC - 8 2025
BUFFALO

14202-335099